LUCILE PERO, *Plaintiff in Error*, v. CHARLES J. CORLEY, *Defendant in Error*.

Decision Filed May 7, 1924.

This case was decided by Division B.

A Writ of Error to the Circuit Court for Dade County; H. F. Atkinson, Judge.

*James M. Carson* and *John M. Murrell*, for Plaintiff in Error;

*Gautier & Neeley*, for Defendant in Error.

PER CURIAM.—The declaration herein does not wholly fail to state a cause of action, therefore the demurrer thereto should have been overruled. See Wertz v. Tampa Electric Co., 78 Fla. 405, 83 South. Rep. 270; Peterson v. Oscar Daniels Co., 83 Fla. 29, 90 South. Rep. 621.

The judgment rendered on the demurrer is reversed.

WHITFIELD, P. J., AND WEST AND TERRELL, J. J., concur..